UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAN MICHAEL PANNELL, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-141 |
| | § | |
| WELLS FARGO HOME MORTGAGE, *et al*, | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Instrument No. 79) of United States Magistrate Judge Christina Bryan signed on June 14, 2018, regarding **Instrument No. 30**.

The Court finds as of July 5, 2018 no objections were filed by either party pursuant to 28 U.S.C. § 636(b)(1)(C) and General Order 80-5, S.D. Texas. Failure to file objections within 14 days after being served with a copy has barred the parties from attacking on appeal the Magistrate's factual findings.

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Bryan's Memorandum and Recommendation is hereby adopted by this Court.

The Clerk of the Court shall provide a true copy of this Order to all counsel of record.

SIGNED on this the 5th day of July, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**