United States District Court
Southern District of Texas
**ENTERED**
November 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAN MICHAEL PANNELL,<br>   *Plaintiff*, | §<br>§<br>§ |
| v. | §  CIVIL ACTION NO. 4:18-CV-0141 |
| | § |
| WELLS FARGO HOME MORTGAGE, *ET AL.*,<br>   *Defendants*. | §<br>§<br>§ |

## **MEMORANDUM AND RECOMMENDATION**

  On October 31, 2018, this court issued a Show Cause Order (Dkt. 86) ordering Plaintiff to show cause why his claims against named Defendants Boehck Mortgage and Buckley Madole, P.C. should not be dismissed for lack of service pursuant to Federal Rule of Civil Procedure 4(m). He did not do so.[1] The court therefore recommends that Plaintiff's claims against Boehck Mortgage and Buckley Madole P.C. be dismissed without prejudice. The court further recommends that Plaintiff's Motion to Strike all Defendants' Pleadings and to Enter Default (Dkt. 88) be denied.

  As set forth in the Order to Show Cause, upon dismissal of Boehck Mortgage and Buckley Madole, P.C., all claims against all defendants in this case will have been dismissed. The court therefore recommends that the district court enter a final dismissal order and this close this case.

  The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(c). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass*

---

[1] To the extent Plaintiff intended his Objections to this court's October 25, 2018 Memorandum and Recommendation (Dkt. 87) or Motion to Strike (Dkt. 88) as his response to the order to show cause, neither shows good cause why Plaintiff has failed to serve these Defendants.

*v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

The original of any written objections shall be filed with the United States District Clerk, P.O. Box 61010, Houston, Texas 77208; copies of any such objections shall be delivered to the chambers of Judge Vanessa D. Gilmore, Room 9513, and to the chambers of the undersigned, Room 8608.

Signed on November 15, 2018, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge